UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR26-00005-KKE-3 |
| Plaintiff, | ORDER GRANTING MOTION TO TRAVEL |
| vs. | |
| LORENA ESQUIVEL, | |
| Defendant | |

Defendant Lorena Esquivel filed a Motion to Allow Defendant to Travel to Eastern Washington from May 22–24, 2026, which is not opposed by either the Government or United States Pretrial Services.  Dkt. No. 76.  The Court finds good cause to GRANT the motion and ORDERS that the Conditions of Release (Dkt. No. 21) shall be modified in the following manner:

Ms. Esquivel is allowed to travel to Moses Lake, Washington, on May 22, 2026, and must return to her residence in Bellingham, Washington, on May 24, 2026, by 8 p.m. All other conditions shall remain unchanged.

Done this 19th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO TRAVEL - 1